| | |
|---|---|
| GERALD R. LASCHOBER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURTIS A. COCHRAN and ) <br> CHARLES R. ROBINSON, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on Plaintiff's Motion for Consolidation (the "Motion," Doc. 33), by which Plaintiff requests that this matter be consolidated with Gerald R. Laschober v. Aaron C. Ammons and Joshua Freeman, No. 1:21-cv-107-MR-WCM ("Ammons"). Defendants oppose the request. Doc. 35.[1] Plaintiff has not filed a reply and the time for doing so has expired.

On October 30, 2023, the parties filed a Status Report in Ammons indicating that Plaintiff and Defendant Joshua Freeman ("Freeman") had reached a settlement. Ammons, Doc. 64. A stipulation of dismissal as to Plaintiff's claims against Freeman has now been filed. Ammons, Doc. 71.

Further, on November 17, 2023, Plaintiff's claims against Ammons were

---

[1] Plaintiff also filed a motion to consolidate in Ammons. Ammons, Doc. 65.

1

dismissed with prejudice by the presiding District Judge. <u>Ammons</u>, Doc. 70.

Therefore, Plaintiff's Motion for Consolidation (Doc. 33) is **DENIED AS MOOT**.

It is so ordered.

Signed: December 2, 2023

W. Carleton Metcalf
United States Magistrate Judge