# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Gerald R. Laschober, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00009-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Curtis A. Cochran, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 20, 2024 Order.

September 20, 2024

Katherine Hord Simon, Clerk
United States District Court